

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 12 2020

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 6:20CR00003 |
| v.  ) | |
| ) | In violation of: |
| TARIK SMITH III ) | |
| ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 371 |
| ) | 18 U.S.C. § 922(a)(6) |
| ) | 18 U.S.C. § 924(a)(2) |
| ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
*Conspiracy to Make False Statements During Purchase of a Firearm*

1. Beginning in or about September 2017 and continuing through April 2018, in the Western District of Virginia, the defendant, TARIK SMITH III, did knowingly and willfully combine, conspire, confederate, and agree with Katrea Edwards, and others known and unknown to the grand jury, to commit an offense against the United States, namely: to knowingly make false and fictitious statements to licensed dealers of firearms, within the meaning of Chapter 44, Title 18, United States Code, in connection with the acquisition of multiple firearms, which statements were intended and likely to deceive said licensed dealers of firearms as to a fact material to the lawfulness of such sales of firearms.

### MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that TARIK SMITH III recruited Katrea Edwards to purchase firearms on his behalf.

3. It was further part of the conspiracy that Katrea Edwards made false and fictitious statements to licensed dealers of firearms to deceive as to the fact that TARIK SMITH III was the intended purchaser of the firearms.

## OVERT ACTS

4. During and in furtherance of the conspiracy, and to effect the object thereof, the following overt acts, among others, were committed in the Western District of Virginia:

   a. On or about February 20, 2018, TARIK SMITH III drove Katrea Edwards to Lynchburg Pawn, Inc. in Lynchburg, Virginia and provided money to Katrea Edwards so that Katrea Edwards could purchase firearms on behalf of TARIK SMITH III.

   b. On or about the February 20, 2018, in the Western District of Virginia, Katrea Edwards, in connection with the acquisition of a firearm, a Glock .40 semi-automatic pistol, model 27, from Lynchburg Pawn, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Lynchburg Pawn, Inc., which statement was intended and likely to deceive Lynchburg Pawn, Inc., as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that Katrea Edwards did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the firearm indicated on the Form 4473, when in fact, as Katrea Edwards then knew, she was not the actual buyer of the firearm.

c. On or about April 2, 2018, TARIK SMITH III drove Katrea Edwards to Lynchburg Arms & Indoor Shooting Range, Inc. in Lynchburg, Virginia and provided money to Katrea Edwards so that Katrea Edwards could purchase firearms on behalf of TARIK SMITH III.

d. On or about the April 2, 2018, in the Western District of Virginia, the defendant, Katrea Edwards, in connection with the acquisition of two firearms, a Glock .40 semi-automatic pistol, model 27, and a Glock 9mm semi-automatic pistol, model 19, from Lynchburg Arms & Indoor Shooting Range, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Lynchburg Arms & Indoor Shooting Range, Inc., which statement was intended and likely to deceive from Lynchburg Arms & Indoor Shooting Range, Inc., as to a fact material to the lawfulness of such sale of said firearms to the defendant under Chapter 44 of Title 18, in that Katrea Edwards did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the firearms indicated on the Form 4473, when in fact, as Katrea Edwards then knew, she was not the actual buyer of the firearms.

5. In violation of Title 18, United States Code, Sections 371, 922(a)(6), and 924(a)(2).

## COUNT TWO
### *False Statement During the Purchase of a Firearm*

6.  On or about the September 16, 2017, in the Western District of Virginia, the defendant, TARIK SMITH III, in connection with the acquisition of a firearm, a Smith & Wesson 9mm semi-automatic pistol, model M&P Shield, from Lynchburg Pawn, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, and commanded Katrea Edwards to knowingly make a false and fictitious written statement to Lynchburg Pawn, Inc., which statement was intended and likely to deceive Lynchburg Pawn, Inc., as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that Katrea Edwards did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the firearm indicated on the Form 4473, when in fact, as Katrea Edwards then knew, she was not the actual buyer of the firearm.

7.  In violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT THREE
### *False Statement During the Purchase of a Firearm*

8.  On or about the February 20, 2018, in the Western District of Virginia, the defendant, TARIK SMITH III, in connection with the acquisition of a firearm, a Glock .40 semi-automatic pistol, model 27, from Lynchburg Pawn, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, and commanded Katrea Edwards to knowingly make a false and fictitious written statement to Lynchburg Pawn, Inc., which statement was intended and likely to deceive Lynchburg Pawn, Inc., as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that Katrea Edwards did execute a Department of Justice, Bureau of Alcohol, Tobacco,

Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the firearm indicated on the Form 4473, when in fact, as Katrea Edwards then knew, she was not the actual buyer of the firearm.

9. In violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT FOUR
*False Statement During the Purchase of a Firearm*

10. On or about the February 20, 2018, in the Western District of Virginia, the defendant, TARIK SMITH III, in connection with the acquisition of a firearm, a Smith & Wesson 9mm semi-automatic pistol, model SD9VE, from Lynchburg Arms & Indoor Shooting Range, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, and commanded Katrea Edwards to knowingly make a false and fictitious written statement to Lynchburg Arms & Indoor Shooting Range, Inc., which statement was intended and likely to deceive Lynchburg Arms & Indoor Shooting Range, Inc., as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that Katrea Edwards did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the firearm indicated on the Form 4473, when in fact, as Katrea Edwards then knew, she was not the actual buyer of the firearm.

11. In violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT FIVE
*False Statement During the Purchase of a Firearm*

12. On or about the April 2, 2018, in the Western District of Virginia, the defendant, TARIK SMITH III, in connection with the acquisition of two firearms, a Glock .40 semi-automatic pistol, model 27, and a Glock 9mm semi-automatic pistol, model 19, from Lynchburg

Arms & Indoor Shooting Range, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, and commanded Katrea Edwards to knowingly make a false and fictitious written statement to from Lynchburg Arms & Indoor Shooting Range, Inc., which statement was intended and likely to deceive Lynchburg Arms & Indoor Shooting Range, Inc., as to a fact material to the lawfulness of such sale of said firearms to the defendant under Chapter 44 of Title 18, in that Katrea Edwards did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the firearms indicated on the Form 4473, when in fact, as Katrea Edwards then knew, she was not the actual buyer of the firearms.

13. In violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT SIX
*False Statement During the Purchase of a Firearm*

14. On or about the April 2, 2018, in the Western District of Virginia, the defendant, TARIK SMITH III, in connection with the acquisition of two firearms, a Glock .45ACP semi-automatic pistol, model 30, and a Smith & Wesson 9mm semi-automatic pistol, model SW9VE from Petry & Company, T/A Ace Hardware & Gun Store, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, and commanded Katrea Edwards to knowingly make a false and fictitious written statement to Petry & Company, T/A Ace Hardware & Gun Store, which statement was intended and likely to deceive Petry & Company, T/A Ace Hardware & Gun Store, as to a fact material to the lawfulness of such sale of said firearms to the defendant under Chapter 44 of Title 18, in that Katrea Edwards did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer

of the firearms indicated on the Form 4473, when in fact, as Katrea Edwards then knew, she was not the actual buyer of the firearms.

15. In violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

A TRUE BILL, this 12 day of February 2020.

*s/Foreperson*
FOREPERSON

THOMAS T. CULLEN
UNITED STATES ATTORNEY